**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TERESA CASTILLO,            ) | |
|     Petitioner,            ) | |
|                             ) | |
| v.                           ) | No. 3:15-CV-2108-D |
|                             ) | |
| UNITED STATES OF AMERICA,    ) | |
|     Respondent.           ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

October 15, 2015.

                                              _____
                                              SIDNEY A. FITZWATER
                                              UNITED STATES DISTRICT JUDGE